UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

      v.          :

TAKAYUKI YAGAMI,          :          S1:14-cr-00272-JSR

      Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
      10TH day of JUNE, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/14

0202