```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :    CONSENT ORDER OF
                                   :    FORFEITURE
         -v.-                      :
                                   :    1:14-cr-00272-JSR
TAKAYUKI YAGAMI,                   :
                                   :
         Defendant.                :
                                   :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about June 6, 2014, TAKAYUKI YAGAMI (the "defendant"), was charged in a one-count Superseding Information, 1:14-cr-00272-JSR (the "Information"), with conspiracy to commit wire fraud and bank fraud in violation of 18 U.S.C. § 1349;

WHEREAS, the Superseding Information included a forfeiture allegation, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 982, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in Count One of the Superseding Information;

WHEREAS, on or about June 10, 2014, the defendant pled guilty to Count One of the Superseding Information and admitted to the forfeiture allegation, pursuant to a plea agreement with the Government, wherein the defendant agreed to forfeit a sum of money equal to $26,123.57 in United States currency, representing the amount of proceeds obtained as a result of the offense charged in Count One.

WHEREAS, the defendant consents to a money judgment in the amount of $26,123.57 in United States currency, representing the proceeds obtained as a result of the offense charged.

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, United States of America, by its attorneys Carol Sipperly, Senior Litigation Counsel and Brian Young and Michael Koenig, Trial Attorneys, and the defendant, and his counsel, Matthew Levine, Esq. that:

1. As a result of the offense charged in Count One of the Superseding Information, to which the defendant pled guilty, a money judgment in the amount of $26,123.57 in United States currency shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture is final as to the defendant, TAKAYUKI YAGAMI, upon entry of this order, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Upon execution of this Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this order, the United States

Department of Justice is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

     5.   All payments on the outstanding money judgment shall be made by wire transfer according to wire routing instructions provided by the U.S. Department of Justice.

     6.   The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 (e) of the Federal Rule of Criminal Procedure.

///

7. The signature pages of this order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JEFFREY KNOX
Chief, Fraud Section, Criminal Division

By: _____        6/10/14
    BRIAN R. YOUNG                       DATE
    Trial Attorney, Criminal Division
    1400 New York Ave., NW Room 3106
    Washington, DC, 20005
    202.616.3114

TAKAYUKI YAGAMI

By: _____        6/10/14
    TAKAYUKI YAGAMI                      DATE

By: _____        6/10/14
    MATTHEW LEVINE, ESQ.                 DATE
    565 Fifth Ave., 7th Floor
    New York, New York 10017
    212.880.9517

SO ORDERED:

_____            6/10/14
HONORABLE JED S. RAKOFF                 DATE
UNITED STATES DISTRICT JUDGE

4