## LAW OFFICES OF MATTHEW L. LEVINE, PLLC

565 FIFTH AVENUE, 7TH FLOOR
NEW YORK, NEW YORK 10017
(212) 880-9517 (office)
(888) 239-0120 (fax)
info@matthewlevinelaw.com
www.matthewlevinelaw.com



By E-mail

February 27, 2015

The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street, Room 1340
New York, NY 10007



Re:   *U.S. v. Yagami, et al.*, 14-CR-272 (JSR)

Dear Judge Rakoff:

Pursuant to our conference call with Your Honor's Chambers and government counsel, we respectfully submit this request, on consent of the government, for the Court's approval of a temporary extension of Defendant Takayuki Yagami's travel restrictions. Mr. Yagami is currently permitted to travel to a number of countries under his bond, but these do not include India. He seeks to travel to the City of Chennai, India for approximately one week for business purposes, to meet with a website developer for a new business venture.

I have provided the approximate dates of the proposed travel, March 8 – 15, 2015, and the proposed hotel, to counsel for the government, Brian Young. As indicated, Mr. Young has informed me that the government has no objection to this request. As soon as Mr. Yagami's specific travel dates and location are finalized, we will provide those dates, the hotel address, and any other requested details to the government and Probation Office.

We thank the Court for its consideration.

Respectfully submitted,

Matthew L. Levine

*Request granted.*
*SO ORDERED*
*[signed] USDJ 3-1-15*